**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pariss Wright,

Petitioner,

v.

Tracy Weltz, *Warden*; Keith Ellison, *Minnesota Attorney General*,

Respondent.

Case No. 26-CV-01669 (JMB/JFD)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate John F. Docherty dated May 20, 2026. (Doc. No. 13.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). (*Id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 13) is ADOPTED;
2. Petitioner's original Petition in this matter (Doc. No. 1) is hereby DENIED;
3. This action is DISMISSED without prejudice;
4. Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is DENIED as moot; and

5. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court